UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>MAXIMUM PROTECTIVE SERVICES LLC, )<br>KANISHA SPENCE, TONUELA HILL, THE )<br>ESTATE OF MARQUISE POWELL, )<br>TOWANDER HILL, NIKITA SHAW, and )<br>NIKITA SHAW as mother and natural guardian of )<br>M.P., an infant, )<br>)<br>*Defendants*. )<br>_____ ) | **Case No. 1:25-cv-00829-ADC** |

## INITIAL JOINT STATUS REPORT

Plaintiff, Scottsdale Insurance Company and Defendants, Tonuela Hill, The Estate of Marquise Powell, Towander Hill, and Nikita Shaw, individually and as mother and next friend of M.P., a Minor (collectively, the "Powell Defendants") by and through its undersigned counsel and pursuant to this Court's June 16, 2025 Letter Order (ECF No. 75), submit this Initial Joint Status Report:

Counsel for Plaintiff and the Powell Defendants held a phone conference on June 19, 2025 and agreed to the following:

1. **Requests for Modification**: The Parties request that the Court extend all deadlines in the Proposed Scheduling Order by 30 days.

2. **Mediation with a United States Magistrate Judge**: The Parties desire to participate in mediation. The target date for mediation would be after the close of discovery and dispositive pretrial motions are filed.

3. **Consent to Proceed Before a United States Magistrate Judge**: The Parties do not unanimously consent to proceed before a United States Magistrate Judge.

4. **ESI-related Discovery**: The Parties do not anticipate exchanging discovery of electronically stored information or any disputes regarding same.

5. **Deferral of Expert Discovery**: The Parties request deferral of expert discovery until after summary judgment motions are resolved.

WHEREFORE, The Parties submit this Initial Joint Status Report pursuant to the Court's Proposed Scheduling Order issued on June 16, 2025.

Dated: June 30, 2025

Respectfully submitted:

| | |
|---|---|
| /s/ Imoh E. Akpan | /s/ Kathleen McDonald |
| Imoh E. Akpan (# 30070) | Kathleen McDonald (#00764) |
| Jeffrey S. Matty (admitted Pro Hac Vice) | Seraina Law Office, LLC |
| Goldberg Segalla, LLP | The World Trade Center |
| 111 North Calvert Street, Suite 2000 | 401 E. Pratt Street, Suite 2332 |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| Ph: (443) 615-7533 | Ph: (410) 339-0721 |
| Fx: (443) 615-7599 | Fx: (410) 630-5027 |
| iakpan@goldbergsegalla.com | kmcdonal@seraina-law.com |
| jmatty@goldbergsegalla.com | *Attorneys for Tonuela Hill, The Estate of Marquise Powell, Towander Hill and Nikita Shaw* |
| *Attorney for Scottsdale Insurance Company* | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, a true and correct copy of the foregoing Joint Status Report was served on all parties and counsel of record via CM/ECF.

/s/ Imoh E. Akpan
Imoh E. Akpan (#30070)